

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2018

No. 04-18-00231-CV

**IN RE ACCEPTANCE INDEMNITY INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Marialyn Barnard, Justice
Rebeca C. Martinez, Justice[2]
Irene Rios Justice

The motion for rehearing filed by real parties in interest Agrestic I, LP and Tiberious, LLC is DENIED.

It is so **ORDERED** on November 28, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CI14954, styled *Agrestic I, LP and Tiberius, LLC v. Acceptance Indemnity Insurance Company, Crawford & Company, and Danny Brown*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.

[2] Justice Martinez dissents without opinion to the denial of rehearing without requesting a response.